IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JULIA RENAY TILLMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-759-RP |
| COMMISSIONER OF SOCIAL SECURITY, | § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Susan Hightower concerning Plaintiff Julia Renay Tillman's ("Plaintiff") appeal of a final decision of the Commissioner of the Social Security Administration denying an application for disability benefits pursuant to 42 U.S.C. § 405(g), (Compl., Dkt. 1; Brief, Dkt. 6). (R. & R., Dkt. 10). Pursuant to 28 U.S.C. § 636(b) and Rule 1(h) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Hightower issued her report and recommendation on March 3, 2025. (*Id.*). As of the date of this order, no party has filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

1

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. *See* 28 U.S.C. § 636(b)(1)(C). Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 10), is **ADOPTED**. The decision of the Social Security Commissioner is **VACATED** and the case is **REMANDED** for further factfinding consistent with the report and recommendation.

As nothing remains to resolve, **IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on March 26, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE